Abraham Priess, appellee, v. William T. Woodley, appellant. Gen. No. 24,578.

Action to recover upon written guaranty of lease. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Blum, Wolfsohn & Blum, for appellant. Simeon Straus, Ira E. Straus and Peter Sissman, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Ruby L. Winn, appellant, v. Chauncey Keep et al., trustees of the estate of Marshall Field, deceased, appellees. Gen. No. 24,594.

Action to recover for personal injuries by being struck by swinging door while walking in corridor of office building. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

James D. Power, for appellant. H. L. Howard, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

St. Louis Estes, appellant, v. H. A. Varney, appellee. Gen. No. 24,609.

Action to replevy an automobile. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Joel C. Carlson, for appellant. Brown, Brown & Brown, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Mary Lyng and Gordon C. Ramsay, public administrator, appellees, v. Englewood Lodge No. 221, Loyal Order of Moose, appellant. Gen. No. 24,645.

Action by widow of deceased member of fraternal order to recover amount due her under by-law of the order. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

George H. Sugrue, for appellant. Daniel L. Madden and Roy C. Merrick, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.